GENNARO DI ORIO v.
NEW JERSEY MANUFACTURERS INSURANCE COMPANY.

October 25, 1977. Petition for certification granted.

EVELYN FERGUSON v. CHARLES FERGUSON.

October 25, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL MANUEL ADAMS.

October 25, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS MAKUCH.

October 25, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ROOSEVELT YOUNG.

October 25, 1977. Petition for certification granted. (See 148 *N. J. Super.* 405)

BERGEN COUNTY ASSOCIATES v.
BOROUGH OF EAST RUTHERFORD.

October 25, 1977. Petition for certification denied.